```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019
```

# THE WEITZ LAW FIRM, P.A.

November 19, 2019

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, New York 10007

    Re: Girotto v. General Nutrition Corp., d/b/a GNC Store #2943, et al.
      Case 1:19-cv-07718-AT

Dear Judge Torres:

  The undersigned represents the plaintiff in the above-captioned matter.

  The Initial Pre-Trial Conference in this matter is currently scheduled for November 26, 2019, at 10:30 a.m., in Your Honor's Courtroom. It was brought to the undersigned's attention by counsel for one of the defendants that the defendants in this matter are named incorrectly. Therefore, the undersigned will be amending said Complaint to reflect the correct defendant names. It is thereby respectfully requested that said Conference be adjourned 30 days to an appropriate date during the month of December, and any date which is most convenient to the Court, in order for Plaintiff's counsel to file and serve the Amended Complaint. Furthermore, by this motion, the undersigned seeks leave of the Court to file the referenced Amended Complaint.

  In addition, as the undersigned intends to file an Amended Complaint, on behalf of the defendants' counsel, it is requested that the date for responsive pleadings be re-set consistent with the date of filing/service of the Amended Complaint.

  Counsel for the defendants conferred with plaintiff's counsel in reference to the adjournment of next week's Conference and with regard to the amending of the Complaint, and counsel consent to both of these requests.

  Thank you for your consideration of this second adjournment request and Plaintiff's request for leave of Court to amend the Complaint.

GRANTED. The initial pretrial conference scheduled for November 26, 2019, is ADJOURNED to **January 7, 2020, at 2:20 p.m.** By **December 31, 2019**, the parties shall submit their joint letter and proposed case management plan.

By **December 2, 2019**, Plaintiff shall file and serve the amended complaint. By **December 23, 2019**, Defendants shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: November 20, 2019
   New York, New York

                _____
                ANALISA TORRES
                United States District Judge