# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/18/2020___

March 17, 2020

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street.
New York, New York 10007-1312

> Re: **Girotto v. General Nutrition (Holding) Corporation., et al**
> **Case 1:19-cv-07718-AT**

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public (including possible complete closures), such as the business involved in this matter, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant a thirty (30) day stay of all deadlines and/or Conference in this matter.

Further, since undersigned counsel is based in Florida, an in-person Conference would require possible unsafe roundtrip travel from Florida to New York (in both of which official states of emergency has been declared). In fact, recently a passenger on a similar JetBlue flight from New York to Florida had tested positive for COVID-19. In addition, undersigned counsel suffers from an underlying asthmatic-type health condition which, potentially, would be adversely affected by the COVID-19 virus. However, in the event that the Court decides not to stay this matter, then, in the alternative, undersigned counsel respectfully requests that any future Conference be conducted telephonically, which is in accordance with SDNY's Chief Judge Coleen McMahon's recent March 13, 2020 Standing Order that "Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable."

The Court may wish to note that this is undersigned counsel's first request to stay this matter. Thank you for your consideration of this unexpected, but essential, request.

GRANTED. The discovery deadlines are extended for a period of 30 days: the fact discovery deadline is extended to **June 5, 2020**, and the expert discovery deadline is extended to **July 22, 2020**. The case management conference scheduled for May 21, 2020 is ADJOURNED to **June 23, 2020**, at **11:00 a.m.** It will be held telephonically. The parties are directed to call (888) 398-2342 (if that number is busy, the parties can try (215) 861-0674), access code 5598827.

SO ORDERED.

Dated: March 18, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge