# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2020
```

May 23, 2020

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street.
New York, New York 10007-1312

                Re:    Girotto v. GNC Holdings, Inc., d/b/a GNC Store #9118, et al
                       Case 1:19-cv-07718-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      Due to the continued ongoing national health crisis caused by the COVID-19 pandemic, coupled with the current mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, which has been closed, it continues to be very difficult for the parties to proceed in this matter with discovery at this time.

      Therefore, Plaintiff's undersigned counsel again hereby respectfully requests that the Court grant an additional thirty (30) day stay of all discovery deadlines in this matter. The undersigned has conferred with opposing counsel who consent to this request.

      The Court may wish to note that this is undersigned counsel's third request to stay this matter. Thank you for your consideration of this unfortunate, but necessary additional request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Tel.: (305) 949-7777
Fax: (305) 704-3877
  Email: bbw@weitzfirm.com

---

GRANTED in part, DENIED in part. The fact discovery deadline is extended by 21 days. By **June 26, 2020**, fact discovery shall be completed. By **August 12, 2020**, expert discovery shall be completed.

The case management conference scheduled for June 23, 2020 is ADJOURNED to **July 9, 2020**, at **10:20 a.m.** The conference will be conducted telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **July 2, 2020**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: May 26, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge